|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>   vs.<br><br>FTR INTERNATIONAL, INC., a California corporation,<br><br>             Defendant. | CASE NO.: 8:11-cv-00716-DOC-AN<br><br>~~[PROPOSED]~~ **RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

     Judgment Debtor, FTR INTERNATIONAL, INC., a California corporation (hereinafter referred to as "DEBTOR"), having had Judgment entered against DEBTOR on March 1, 2012 [docket no. 26] and renewed on May 22, 2017 [docket no. 52].

     NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, on behalf of the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR

SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS TRUSTS' ADMINISTRATIVE TRUST FUND, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that DEBTOR has failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

[JUDGMENT LIENS]  Judgment Liens were filed with the California Secretary of State as follows:

| Date: | Instrument No.: |
|---|---|
| March 16, 2012 | 12-7307021194 |
| January 9, 2017 | 1775654109 |
| June 2, 2017 | 177588547941 |
| December 3, 2021 | U210107375022 |

[ABSTRACTS OF JUDGMENT]  Abstracts of Judgment were recorded as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| April 13, 2012 | Orange | 2012000212739 |
| April 27, 2012 | Los Angeles | 20120630839 |

[RECORDED RENEWAL OF JUDGMENT AND APPLICATION FOR RENEWAL OF JUDGMENT]  The Renewal of Judgment and Application for Renewal of Judgment and were recorded as follows:

| Date: | Document | County: | Instrument No.: |
|---|---|---|---|
| 05/31/17 | Renewal of Judgment | Orange | #2017000220742 |
| 05/31/17 | Application for Renewal | Orange | #2017000220741 |
| 06/21/17 | Renewal of Judgment | Los Angeles | #20170690579 |
| 06/21/17 | Application for Renewal | Los Angeles | #20170690580 |

#439601.1

2

The money Judgment against DEBTOR is renewed in the amount of $434,524.29 as follows:

    a.    Total Judgment……………………….……………$430,196.41

    b.    Costs after Judgment……………….……………….$          0.00

    c.    Less Credits after Judgment……………….….…….$          0.00

    d.    Interest after Judgment computed from March 22, 2017 to April 13, 2023 at 0.17% accruing at $2.02 per day………………..……........$   4,327.88

    e.    Total Renewed Judgment…………………..……......$434,524.29

DATED: April 14, 2023

_____
CLERK OF THE COURT

#439601.1

3